IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BRUCE E. SEYBERT | § | |
| | § | |
| v. | § | NO. 6:09-CV-52 |
| | § | |
| SCOTT WOODS | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge ("Report"), which contains his proposed findings of fact and recommendation for the disposition of such action, has been presented for consideration. The Magistrate Judge recommends dismissing Plaintiff Bruce E. Seybert's ("Plaintiff") suit, without prejudice, for failure to respond to the Court's orders and maintain contact with the Court. (Doc. No. 20). Plaintiff did not file objections to the Report. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

So ORDERED and SIGNED this 6th day of January, 2011.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

1